PROSKAUER ROSE LLP
Sally L. Schneider
1585 Broadway
New York, New York 10036
(212) 969-3803

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRUSTEES of the MASON TENDERS            :
DISTRICT COUNCIL WELFARE FUND,           :
PENSION FUND, ANNUITY FUND and           :   08 Civ. 2137 (WHP)
TRAINING PROGRAM FUND,                   :
                                         :
                    Plaintiffs,          :
                                         :
           - against -                   :   **DISCLOSURE STATEMENT**
                                         :
SAFEWAY ENVIRONMENTAL CORP.,             :
                                         :
                    Defendant.           :
-------------------------------------------------------------------X

      1.      This Disclosure Statement is prepared in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

      2.      Plaintiffs Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund ("Funds") have no corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
       February 29, 2008

                                     PROSKAUER ROSE LLP
                                     Attorneys for Plaintiffs

                                     By: /s/ Sally L. Schneider
                                        Sally L. Schneider
                                   1585 Broadway
                                   New York, New York 10036
                                   (212) 969-3803

                                   sschneider@proskauer.com