STATE OF NEW YORK    }
                     } ss:
COUNTY OF NASSAU     }

BETH GREEN, being duly sworn, deposes and says:

That Deponent is not a party to this action, is over 18 years of age and resides at Glen Cove, New York.

That on the 1st day of May, 2008 Deponent served Safeway Environmental Corp.'s **Answer to Complaint** upon:

Ms. Sally L. Schneider, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
BETH GREEN

Sworn to before me this
1st day of May, 2008
_____
Notary Public

MATTHEW J. MINERO
Notary Public, State of New York
No. 02MI6037500
Qualified in Nassau County
Commission Expires February 22, 20 10