KAUFMAN DOLOWICH & VOLUCK LLP
Andrew L. Richards
135 Crossways Park Drive
Suite 201
Woodbury, New York 11797

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TRUSTEES of the MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND and
TRAINING PROGRAM FUND,

                       Plaintiffs,

-against-

SAFEWAY ENVIRONMENTAL CORP.,

                       Defendant.

------------------------------------------------------------------X

Case No.: 08-CV-02137 (WHP)

**FED. R. CIV. P. 7.1(a)
DISCLOSURE STATEMENT
OF SAFEWAY
ENVIRONMENTAL CORP.**

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant SAFEWAY ENVIRONMENTAL CORP. makes the following disclosure:

    1.    It has no parent corporation nor does any publicly held corporation own 10% or more of its stock.

                By: _/s/ Andrew L. Richards_
                     ANDREW L. RICHARDS
                     Kaufman Dolowich & Voluck LLP
                     135 Crossways Park Drive
                     Woodbury, NY 11797
                     (516) 681-1100
                     Attorneys for Defendant
                     Safeway Environmental, Corp.

Dated: May 1, 2008

ND: 4849-7344-6658, v. 1