AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

TRUSTEES of the MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND and
TRAINING PROGRAM FUND,
          Plaintiffs,
   -against-
SAFEWAY ENVIRONMENTAL CORP.,
          Defendant.

**APPEARANCE**

Case Number: 08-CV-02137 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SAFEWAY ENVIRONMENTAL CORP.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/2/2008 | *(signature)* |
| Date | Signature |
| | ANDREW L. RICHARDS     AR4413 |
| | Print Name     Bar Number |
| | 135 Crossways Park Drive, Suite 201 |
| | Address |
| | Woodbury     NY     11797 |
| | City     State     Zip Code |
| | (516) 681-1100     (516) 681-1101 |
| | Phone Number     Fax Number |
| | arichards@kdvlaw.com |
| | E-Mail Address |