


KAUFMAN DOLOWICH & VOLUCK LLP
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

June 17, 2008

**VIA FEDERAL EXPRESS**
Honorable William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
Courtroom 11D
New York, NY 10007

      Re:    Trustees of the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund v. Safeway Environmental Corp.
           Index No.: 08 CV 02137 (WHP)
           Matter No.: 000806-0007

Dear Judge Pauley:

    I have just recently found out that I am scheduled for oral argument in the Second Department, Appellate Division on Friday June, 20, 2008, at the same time as the 11:15AM Pre-Trial Conference in the above referenced matter. As a result I am writing to request an adjournment of the conference or, in the alternative, I will send a junior associate to attend in my place.

    In the event that your Honor would like me, principal trial counsel, to attend the conference, please be advised that this is the first adjournment requested in the matter. I have spoken with Sally L. Schneider, counsel for Plaintiffs, regarding this request and she has consented to the adjournment. Assuming, based on a telephone conversation with chambers that your Honor wants to hold the conference on a Friday, Ms. Schneider and I are available during the mornings of July 11 and July 18. This request shall change the deadline for initial disclosures required under Fed. R. Civ. P. 26(a)(1). Due to the nature of this request, we are unable to attach a proposed Revised Scheduling Order until a new date for the pre-trial conference is set. However, we shall forward one immediately in the event your Honor grants the adjournment.

    Thank you for your Honor's attention to this matter.

Respectfully submitted,
Kaufman Dolowich & Voluck LLP

Andrew L. Richards

*Application Granted. The initial pre-trial conference is adjourned to July 11, 2008 at 11:45 a.m.*

*SO ORDERED:*
*WILLIAM H. PAULEY III U.S.D.J.*
*6/26/08*

cc: Sally L. Schneider, Esq. (by facsimile)
ND: 4832-7810-6114, v. 1

135 CROSSWAYS PARK DRIVE, SUITE 201, WOODBURY, NEW YORK 11797
PHONE: 516.681.1100 | FAX: 516.681.1101 | WWW.KDVLAW.COM

NEW YORK | PHILADELPHIA | SAN FRANCISCO | NEW JERSEY