```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TRUSTEES OF THE MASON TENDERS    :
DISTRICT COUNCIL WELFARE
FUND et. al.,                    :

                Plaintiffs,      :    08 Civ. 2137 (WHP)

        -against-                :    SCHEDULING ORDER NO. 1

SAFEWAY ENVIRONMENTAL CORP.,     :

                Defendant.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

WILLIAM H. PAULEY III, District Judge:

The parties having appeared for a conference on July 11, 2008, the following schedule is established on consent:

1. All discovery shall be complete by October 17, 2008;

2. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by November 17, 2008; and

3. This Court will hold a final pre-trial conference on December 5, 2008 at 10:15 a.m.

Dated:   July 14, 2008
         New York, New York

                            SO ORDERED:

                            _____
                            WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of Record*:

Sally L. Schneider, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
*Counsel for Plaintiffs*

Andrew L. Richards, Esq.
Kaufman, Schneider & Bianco, LLP
135 Crossways Park Drive
Woodbury, NY 11797
*Counsel for Defendant*