UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
TRUSTEES OF THE MASON TENDERS    :
DISTRICT COUNCIL WELFARE
FUND et. al.,                                              :

                Plaintiffs,                    :       08 Civ. 2137 (WHP)

           -against-                               :       <u>REVISED SCHEDULING ORDER</u>

SAFEWAY ENVIRONMENTAL CORP.,   :

                Defendant.                   :
-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #:
DATE FILED: 4/29/09

WILLIAM H. PAULEY III, District Judge:

       By letter dated April 10, 2009, the parties having jointly requested an extension of time to submit a joint pre-trial order and an adjournment of the final pre-trial conference, the following schedule is established on consent:

1. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by April 28, 2009; and

2. This Court will hold a final pre-trial conference on May 1, 2009 at ~~10:30a.m.~~ 10:45 a.m.

Dated: New York, New York
      April ~~10~~ 27, 2009

                                      SO ORDERED:

                                      WILLIAM H. PAULEY
                                      U.S.D.J.

ND: 4836-0119-3987, v. 1